1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE A. DIAZ,                          )   NO. SA CV 09-1402 GAF (FMO)
                                            )
12              Petitioner,                 )
                                            )   **ORDER ACCEPTING FINDINGS,**
13        v.                                )   **CONCLUSIONS AND RECOMMENDATIONS**
                                            )   **OF UNITED STATES MAGISTRATE JUDGE**
14   ANTHONY HEDGPETH, Warden,              )
                                            )
15              Respondent.                 )
                                            )
16   _____    )

17         Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the Petition, all

18   of the records herein, and the Report and Recommendation of the United States Magistrate

19   Judge.  No Objections to the Report and Recommendation have been filed.  The Court approves

20   and accepts the Magistrate Judge's Report and Recommendation.  Accordingly, IT IS ORDERED

21   THAT:

22         1.    Judgment shall be entered dismissing the action with prejudice.

23         2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24

25   DATED:  December 7, 2011.

26                                                  _____
27                                                         GARY A. FEESS
                                                    UNITED STATES DISTRICT JUDGE
28